MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DAMALI A. TAYLOR  (262489)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: damali.taylor@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 3-09-1122 PJH |
| )  Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] Trial Date |
| ) v. ) | ORDER SETTING ~~HEARING DATE~~ AND |
| JOSE RIVERA-SANCHEZ, ) | DOCUMENTING EXCLUSION OF TIME |
| )  Defendant. ) | UNDER THE SPEEDY TRIAL ACT |
| _____ ) | |

       The parties appeared before the Court in this matter on May 16, 2012 for change of plea or trial setting.  The defendant, JOSE RIVERA-SANCHEZ, was represented by Michael R. Berger, Esquire, and the government was represented by DAMALI A. TAYLOR, Assistant United States Attorney.  The defendant was present and in custody.  At the time of the hearing, the parties informed the Court that the matter will proceed to trial.  The parties anticipated that approximately two weeks will be needed to conduct the trial.

       Defense counsel, Mr. Berger, requested a trial date of November 5, 2012 at 8:30 a.m.  Mr. Berger represented to the Court that, due to conflicting trial schedules and commitments out of the district, there is no two week period before November 5, 2012 in which he will be

ORDER EXCLUDING TIME
CR  3-09-1122 PJH

Case 4:09-cr-01122-PJH   Document 201   Filed 05/21/12   Page 2 of 3

available for trial.  Moreover, Mr. Berger informed the Court that additional time is needed for him to examine the evidence together with the defendant in preparation for trial.  Thus, some of the additional time is also needed for effective preparation of counsel.  Given defense counsel's unavailability, the government agreed to the trial date and had no objection to the exclusion of time.  The parties therefore agreed that, for continuity of counsel and in order to effectively prepare the defendant for trial, time be excluded under the Speedy Trial Act between May 16, 2012 and November 5, 2012.  The parties agreed that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The Court made findings consistent with the agreement of the parties.

SO STIPULATED:

                                      MELINDA HAAG
                                      United States Attorney

DATED: May 17, 2012                       /s/
                                      DAMALI A. TAYLOR
                                      Assistant United States Attorney

DATED: May 17, 2012                       /s/
                                      MICHAEL R. BERGER
                                      Counsel for the Defendant

ORDER EXCLUDING TIME
CR 3-09-1122 PJH                    -2-

### [PROPOSED] ORDER

For the foregoing reasons, the Court HEREBY ORDERS that time is excluded from May 16, 2012 through November 5, 2012, at 8:30 a.m., the date currently set for trial before the Honorable Phyllis J. Hamilton.  The Court finds that the failure to grant the requested extension would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and that the ends of justice served by granting the requested extension outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The Court further concludes that an exclusion of time from May 16, 2012 through November 5, 2012, should be made under Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).  The Court finds that the ends of justice served by excluding the period from May 16, 2012 through November 5, 2012, outweigh the best interest of the public and the defendant in a speedy trial.  Id. § 3161(h)(7)(A).

**IT IS SO ORDERED**.

Dated:  May 18, 2012

PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE